THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL L. JEFFREY, | ) | 4:05CV3033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| UNUM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA d/b/a | ) | |
| UNUM PROVIDENT | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's Motion for Dismissal With Prejudice (filing 18), defense counsel's representation that Defendant does not object to Plaintiff's motion, and Fed. R. Civ. P. 41, this action is dismissed with prejudice, complete record waived, with each party to pay its or their own costs.

July 14, 2005.

BY THE COURT:
*s/Richard G. Kopf*
United States District Judge